WINTHROP A. CHANLER, Plaintiff, v. MARGARET L. ALDRICH, Impleaded with JOHN JACOB ASTOR and Others, Defendants. LOUIS CHARLES WILLS, Guardian ad Litem, etc., Appellant; MADELEINE T. DICK, General

Guardian, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.